IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00055-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAQUAN CANNADY,<br><br>    Defendant. | ORDER |

This matter comes before the court on a pro se letter from Defendant [DE 111]. The court construes this filing as a letter, and not a motion, because Defendant remains represented by counsel and "has no right to hybrid representation for written motions." *United States v. Miller*, 54 F.4th 219, 227 (4th Cir. 2022); *see also United States v. Washington*, 743 F.3d 938, 941 n.1 (4th Cir. 2014); *United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020). However, the parties should be prepared to discuss the substance of Defendant's letter at his sentencing hearing during the July 8, 2025 term of court.

SO ORDERED this 4th day of June, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE