IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00055-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAQUAN CANNADY,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Access to Restricted Documents [DE 131]. Counsel for Defendant, Helen C.T. Smith, recently entered her appearance and requests access to documents filed under seal in this case. For good cause shown, the motion is GRANTED. The Clerk of the Court shall provide defense counsel access to the documents listed in the motion, by either sending copies to Ms. Smith by U.S. Mail or making copies available for pick up by Ms. Smith, whichever she prefers.

SO ORDERED this 15th day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE