IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00055-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAQUAN MCCOY CANNADY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the consent motion by Defendant Laquan McCoy Cannady to allow his counsel, Helen Smith, to schedule contact visits and bring electronic devices to those visits to review discovery with Defendant. DE 133. For good cause shown, the motion is GRANTED as follows.

The court ORDERS that, for the duration of Ms. Smith's representation of Defendant, Robeson County Detention Center shall allow Ms. Ms. Smith to (1) bring electronic devices necessary to review discovery into Robeson County Detention Center for meetings with Defendant, and (2) have contact visits with Defendant upon request.

SO ORDERED this 18th day of December, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE