IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00055-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAQUAN CANNADY,

     Defendant.

ORDER

This matter comes before the court on Defendant's Consent Motion to Continue Sentencing Hearing [DE 146]. Defense counsel, who recently appeared in this case, advises that Defendant requires additional time to consider "options" concerning his plea and sentencing, and she requests a status conference with the court. For good cause shown, the motion is GRANTED as follows. The court CONVERTS the March 16, 2026 sentencing hearing to a status conference, which **will commence at 2:15 p.m.**, and at which the court will discuss with counsel and the Defendant the issues raised in the present motion.

SO ORDERED this ___10th___ day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE