IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00055-M

UNITED STATES OF AMERICA      )
         )
v.         )      ORDER
         )
LAQUAN MCCOY CANNADY,      )
         )
Defendant.      )

This matter comes before the court on Defendant's Consent Motion to Schedule Sentencing

Hearing [DE 149]. For good cause shown, the motion is GRANTED. The Clerk of Court is

DIRECTED to schedule Defendant's sentencing hearing during the July 7, 2026 term of court.

SO ORDERED this 5th day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE